

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Bayne Satterfield
Commissioner
Firemen's Pension Commission
Austin, Texas

Dear Sir:

Opinion No. O-1099
Re: Form of certificate of eligi-
bility to retire under Fire-
men's Relief and Retirement
Act.

    This will acknowledge receipt of your recent letter
reading as follows:

    "Section 14 of Article 6243-X, Revised
Civil Statutes of this State provides that each
Board of Trustees issue a certificate to each
fireman participating in the Pension system
when he shall have served 20 years in the de-
partment as an active fireman and reaches the
age of 55 years but who elects to remain in
the service of his department and not retire.

    "This Department has drafted such a cer-
tificate and wishes to submit same to you for
your approval. We contemplate having printed
in a rather artistic style but want to be sure
that it is drawn up properly before having the
job done. Any suggestions you have to make
will be greatly appreciated."

    It is our opinion that the form which you have
prepared is substantially correct; however, we suggest several
minor revisions. The form as revised should read as follows:

### CERTIFICATE OF ELIGIBILITY TO RETIRE

TO WHOM IT MAY CONCERN:

    This is to certify that _____
_____ is a duly appointed and enrolled

Honorable Bayne Satterfield, Page 2

member of the _____ Fire De-
partment and on this date, has served as an
active fireman, in said fire department, for a
period of _____ ( ) years, and on this date
has reached the age of _____ ( ) years. He is
a participating member of the Firemen's Relief
and Retirement System of this city, operating
under the provisions of House Bill No. 256,
Acts of the 45th Legislature of Texas.

Said member, having served his required
twenty years or more, and having reached the
age of fifty-five years, is qualified and en-
titled to be retired by this Board but he elects
to remain in the active service of his depart-
ment.

This certificate is therefore issued to the
above member in compliance with Section 14 of
said House Bill, and is issued in accordance
with the minutes of a meeting of this Board on
the _____ day of _____, 194____, and
a copy of this certificate has been made a part
of these minutes.

Witness our hands this the _____ day of .
_____ A. D. 194____.

Board of Firemen's Relief
and Retirement Fund Trus-
tees of _____, Texas


Chairman
(Seal of City)

Attest

Secretary

With the minor revisions thus made in the form sub-
mitted by you, the same is approved by this department.

Yours very truly

APPROVED JUL 8, 1942

ATTORNEY GENERAL OF TEXAS

ATTORNEY GENERAL OF TEXAS

By

E. G. Pharr
Assistant

APPROVED
OPINION
COMMITTEE
BY

EGP:GO